IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:18-cv-1022

| | |
|---|---|
| MONICA POUNCEY,<br><br>      Plaintiff,<br><br>v.<br><br>GUILFORD COUNTY, MARTY LAWING, in his official and individual capacities, HEMANT DESAI, in his official and individual capacities, and JEFFREY SOLOMON, in his official and individual capacities.<br><br>      Defendants. | **DEFENDANTS' NOTICE OF INTENT TO FILE DISPOSITIVE MOTION** |

NOW COMES Defendants Guilford County; Marty Lawing, in his official and individual capacities; Hemant Desai, in his official and individual capacities; and Jeffrey Solomon, in his official and individual capacities, by and through counsel, pursuant to Local Civil Rule 56.1(a), and hereby respectfully provide notice of their intent to file a dispositive motion in this matter.

Respectfully submitted, this the 1st day of December, 2020.

**WOMBLE BOND DICKINSON (US) LLP**

By: /s/ James M. Powell
James M. Powell
N.C. State Bar No. 12521
300 N. Greene Street, Suite 1900
Greensboro, NC 27401
Telephone: (336) 574-8081
Facsimile: (336) 574-4561
Email: Jimmy.Powell@wbd-us.com

*Attorney for Defendants Marty Lawing, Hemant Desai, and Jeffrey Solomon*

**GUILFORD COUNTY ATTORNEY'S OFFICE**

By: /s/ Taniya D. Reaves
Taniya D. Reaves
N.C. State Bar No. 51791
301 W. Market Street, Suite 301 (27401)
Post Office Box 3427
Greensboro, NC 27402
Telephone: (336) 641-3852
Facsimile: (336) 641-3642
Email: treaves@guilfordcountync.gov

/s/ J. Mark Payne
J. Mark Payne
N.C. State Bar No. 11046
301 W. Market Street, Suite 301 (27401)
Post Office Box 3427
Greensboro, NC 27402
Telephone: (336) 641-3852
Facsimile: (336) 641-3642
Email: mpayne@guilfordcountync.gov

*Attorneys for Defendant Guilford County*

# CERTIFICATE OF SERVICE

I hereby certify that on this day, the foregoing **DEFENDANTS' NOTICE OF INTENT TO FILE DISPOSITIVE MOTION** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

>Wilson F. Fong
>Hensel Law, PLLC
>Post Office Box 39270
>Greensboro, NC 27438
>Telephone: (336) 218-6646
>Facsimile: (336) 218-6467
>E-mail: will.fong@hensellaw.com
>
>*Attorney for Plaintiff*

This the 1st day of December, 2020.

>**WOMBLE BOND DICKINSON (US) LLP**
>
>By: /s/ James M. Powell
>James M. Powell
>N.C. State Bar No. 12521
>300 N. Greene Street, Suite 1900
>Greensboro, NC 27401
>Telephone: (336) 574-8081
>Facsimile: (336) 574-4561
>Email: Jimmy.Powell@wbd-us.com
>
>*Attorney for Individual Defendants Marty Lawing, Hemant Desai, and Jeffrey Solomon*