# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

MONICA POUNCEY

    v.                                    Civil Action No. 1:18CV1022

GUILFORD COUNTY, et al.

# NOTICE

Take notice that a proceeding in this case has been **set** as indicated below:

**PLACE:**    L. Richardson Preyer Bldg., 324 W. Market Street, Greensboro, N.C.
**COURTROOM NO.:**    1
**DATE AND TIME:**    **June 21, 2021 at 11:00 a.m.**
**PROCEEDING:**    Settlement Conference

**All parties are instructed to have individuals having full settlement authority present.**

John S. Brubaker, Clerk

By:    /s/ Kelly H. Welch

Date:    May 26, 2021

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD