IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MONICA POUNCEY, )
 )
        Plaintiff, )
 )
  v. ) 1:18CV1022
 )
GUILFORD COUNTY, )
MARTY LAWING, in his official )
and personal capacities, )
HEMANT DESAI, in his official )
and personal capacities, and )
JEFFREY SOLOMON, in his )
official and personal )
capacities, )
 )
        Defendants. )

### JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed March 17, 2020, and the Memorandum Opinion and Order filed contemporaneously with this Judgment,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss, (Doc. 7), is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment, (Doc. 30), is **GRANTED** and as to all claims.

**IT IS FURTHER ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE.**

This the 28th day of June, 2021.

                              /s/ William L. Osteen, Jr.
                              United States District Judge